1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 00-0237 JAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| RENE CHIU, | |
| Defendant. | |

An indictment was filed in this matter on May 4, 2000, against the above-referenced defendant alleging a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued for the defendant. In the almost eighteen years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend defendant Chiu. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States also respectfully requests that the

///

///

///

MOTION TO DISMISS     1

1 | arrest warrant be recalled and this case be closed on the Court's docket.

Dated: March 27, 2018                                  McGREGOR W. SCOTT
                                                       United States Attorney

                                                        /s/ Philip A. Ferrari
                                                       PHILIP A. FERRARI
                                                       Assistant United States Attorney

# **O R D E R**

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant is recalled and Case CR S 00-0237 JAM shall be closed on the Court's docket. .

**SO ORDERED:**

DATED:  3/28/2018           /S/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE